UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC J. BLOSS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEKSANDRINA STOYANOVA, et al.,<br><br>　　　　Defendants. | Case No. 16-07170 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional rights by the University of California at Berkeley ("UC Berkeley"), individuals employed by UC Berkeley, a student at UC Berkeley, the UC Berkeley Police Department, and Alta Bates Hospital.[1] On May 8, 2017, the Court dismissed the complaint with leave to amend for Plaintiff to attempt to state a cognizable claim against individuals at the UC Berkeley Police Department. (Docket No. 14 at 5.) In the same order, the Court dismissed the claims against Stoyanova and Alta Bates Hospital to filing them in state court, and found cognizable the First Amendment claims against Defendants Blake and Griffith, and

---

[1] This matter was reassigned to this Court on January 5, 2018. (Docket No. 26.)

dismissed all other claims against them.[2] (Id.) Plaintiff was directed to file an amended complaint within twenty-eight days from the date of the order, and to provide current addresses where Defendants Blake and Griffith may be served. (Id.) Plaintiff was advised that failure to respond in accordance with the Court's order in a timely fashion may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (Id. at 5-6.)

Since the Court issued its order on May 8, 2017, (Docket No. 14), mail sent to Plaintiff was returned as undeliverable, (Docket Nos. 16, 17, 18). Plaintiff filed two separate notices of change of address. (See Docket Nos. 19, 24.) After Plaintiff's last notice of change of address, (Docket No. 24), the Clerk resent the May 8, 2017 court order to Plaintiff on October 25, 2017. To date, Plaintiff has failed to respond to the court order or has had any further communication with the Court. Accordingly, dismissal for failure to prosecute this action is appropriate.

## CONCLUSION

For the reasons state above, this action is DISMISSED for failure for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: 1/24/2018

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
PRO-SE\EJD\CR.16\07170Bloss_dism

---

[2] The Court has reviewed Magistrate Judge Westmore's Order Dismissing Several Claims with Leave to Amend, and finds the reasoning to be sound. Therefore, the Court adopts the decision therein in its entirety.

2